UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
AT BRIDGEPORT

In Re: Walter Kostrzewski d/b/a
Comfortable Care Dentistry, Debtor

| | |
|---|---|
| STONEHAM MILFORD, LLC )<br>    Movant )<br> )<br>VS. )<br> )<br>WALTER KOSTRZEWSKI D/B/A )<br>CONFORTABLE CARE DENTRISTRY )<br>    Respondent )<br> ) | Case No. 16-50001<br><br>Chapter 11<br><br>MARCH 14, 2016 |

## NOTICE OF CONTESTED MATTER RESPONSE DATE

STONEHAM MILFORD, LLC (the "Movant") has filed a Request for Relief (the "Contested Matter") with the U. S. Bankruptcy Court. Notice is hereby given that any Response to the Contested Matter must be filed with the Court no later than March 31, 2016*. In the absence of a timely filed response, the proposed order in the Contested Mater **may** enter without

further notice and hearing, see, 11 U.S.C. section 102(1).

Dated: March 14, 2016                         By: Stoneham Milford, LLC, Movant


                                              BY____/s/ Paul Lewis Otzel_____
                                              PAUL LEWIS OTZEL, ESQ.
                                              KAPUSTA, OTZEL & AVERAIMO
                                              250 Broad Street
                                              Milford, CT  06460
                                              203-874-6773 (telephone)
                                              203-874-5765 (fax)
                                              staff@milfordlegal.com (e-mail)
                                              Fed Bar No. ct12009
                                              Its Attorney


*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# AT BRIDGEPORT

In Re: Walter Kostrzewski d/b/a
Comfortable Care Dentistry, Debtor

| | |
|---|---|
| STONEHAM MILFORD, LLC )<br>    Movant ) | Case No. 16-50001 |
| VS. ) | |
| ) | Chapter 11 |
| WALTER KOSTRZEWSKI D/B/A )<br>CONFORTABLE CARE DENTRISTRY )<br>    Respondent ) | |
| ) | MARCH 14, 2016 |

## REQUEST FOR RELIEF FROM
## SECTION 362 AUTOMATIC STAY OF PROCEEDINGS

Pursuant to 11 U.S.C. Section 362(d)(2), STONEHAM MILFORD, LLC, respectfully requests this Court for relief from the Section 362 automatic stay of proceedings, and hereby respectfully represents as follows:

1. On January 2, 2016, the above captioned debtor filed a Chapter 11 Bankruptcy petition with this Court and said debtor is the tenant of real property known as 203 Cherry Street, Space 4, Milford Plaza Shopping Center, Milford, CT.

Movant, STONEHAM MILFORD, LLC, is the landlord of real property known as 203 Cherry Street, Space 4, Milford Plaza Shopping Center, Milford, CT.

2. The Debtor has defaulted on its commercial lease and is in arrears under same in the amount of $178,959.34.

3. Debtor has not posted a security deposit or other security sufficient to off-set said arrearage.

4. Debtor has not filed a statement of intention to assume the lease.

5. The lease is not necessary to the effective reorganization of Debtor's business.

6. The effect of said bankruptcy petition stays all actions to obtain possession of property as provided for in 11 U.S.C. Section 362, unless otherwise ordered by this Court.

7. STONEHAM MILFORD, LLC has no adequate protection as to their interest in the subject property.

WHEREFORE, STONEHAM MILFORD, LLC requests an Order of this Court granting it relief from the automatic stay and for leave to proceed with a State Court Housing proceeding.

Dated: March 14, 2016

                MOVANT

BY    /s/ Paul Lewis Otzel
      PAUL LEWIS OTZEL, ESQ.
      KAPUSTA, OTZEL & AVERAIMO
      250 Broad Street
      Milford, CT  06460
      203-874-6773 (telephone)
      203-874-5765 (fax)
      staff@milfordlegal.com (e-mail)
      Fed Bar No. ct12009
      Its Attorney

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
AT BRIDGEPORT

In Re: Walter Kostrzewski d/b/a
Comfortable Care Dentistry, Debtor

| | |
|---|---|
| STONEHAM MILFORD, LLC ) <br>     Movant ) <br> ) <br> VS. ) <br> ) <br> WALTER KOSTRZEWSKI D/B/A ) <br> CONFORTABLE CARE DENTRISTRY ) <br>     Respondent ) <br> ) | Case No. 16-50001 <br><br> Chapter 11 |

**PROPOSED ORDER**

**ORDER GRANTING MOTION RELIEF FROM STAY**

Stoneham Milford, LLC (the "Movant") filed a Motion for Relief from Stay (the "Motion"), ECF No._____. After notice and a hearing, see 11 U.S.C. section 102(1), and in compliance with the Court's Bar Date Procedure, and it appearing that relief sought in the Motion should be granted, it is hereby

ORDERED, that the automatic stay provided in 11 U.S.C. Section 362(a) is modified pursuant to 11 U.S.C. Section 362(d)(2) to permit the Movant and/or their successors and assignees, to exercise

their rights, if any, with respect to real property known as 203 Cherry Street, Space 4, Milford Plaza Shopping Center, Milford, CT, in accordance with applicable non-bankruptcy law,

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## AT BRIDGEPORT

In Re:  Walter Kostrzewski d/b/a
       Comfortable Care Dentistry, Debtor

| | |
|---|---|
| STONEHAM MILFORD, LLC ) <br>    Movant ) <br> ) <br> VS. ) <br> ) <br> WALTER KOSTRZEWSKI D/B/A ) <br> CONFORTABLE CARE DENTRISTRY ) <br>    Respondent ) <br> ) | Case No. 16-50001 <br><br><br><br> Chapter 11 <br><br><br> MARCH 14, 2016 |

## **CERTIFICATION**

    The undersigned Movant hereby certifies that on the 14th day of March, 2016, I served the following upon all parties entitled to notice:

    1. A copy of Request for Relief from Section 362 Automatic Stay of Proceedings;

    2. A copy of the Proposed Order; and

    3. Notice of Contested Matter Response Date.

has been mailed on this date, postage prepaid, to the following:

Holley L. Claiborn, Esq.
Office of The U. S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT  06510

U. S. TRUSTEE
Office of the U. S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT  06510

Scott M. Charmoy, Esq.
ATTORNEY FOR DEBTOR
1700 Post Road, Suite C-9
P. O. Box 804
Fairfield, CT  06824

Walter Kostrzewski d/b/a
Comfortable Care Dentistry
DEBTOR
2221 E. Main Street, Apt. 4M
Waterbury, CT  06705-2617

BY____/s/ Paul Lewis Otzel_____
    PAUL LEWIS OTZEL, ESQ.
    KAPUSTA, OTZEL & AVERAIMO
    250 Broad Street
    Milford, CT  06460
    203-874-6773 (telephone)
    203-874-5765 (fax)
    staff@milfordlegal.com (e-mail)
    Fed Bar No. ct12009
    Its Attorney