## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | No. 16-50001 |
| Walter Kostrzewski | ) | Chapter 11 |
|    Debtor | ) | |
| Stoneham Milford, LLC | ) | |
|    Movant | ) | |
| Vs. | ) | |
| Walter Kostrzewski | ) | |
|    Respondent | ) | April 8, 2016 |

### OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Debtor hereby objects to Movant's motion for relief from stay as follows:

1. Respondent operates a dental office, and would require a sufficient time to relocate to an appropriate new premises so as not to disrupt business operations and prejudice the estate.

2. Respondent can offer Movant adequate protection payments.

**WHEREFORE**, the Debtor objects to Movant's Motion for Relief from Stay.

                                    **DEBTOR**

                                    _____/s/_____
                                    Scott M. Charmoy, Esq.   CT15889
                                    Charmoy & Charmoy
                                    1700 Post Road, Suite C-9
                                    Fairfield, CT  06824-0804
                                    (203) 255-8100
                                    scottcharmoy@charmoy.com