**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**AT BRIDGEPORT**

In Re:  Walter Kostrzewski d/b/a
        Comfortable Care Dentistry, Debtor

| | |
|---|---|
| STONEHAM MILFORD, LLC )<br>    Movant                  )<br>                           )<br>VS.                          )<br>                           )<br>WALTER KOSTRZEWSKI D/B/A )<br>CONFORTABLE CARE DENTRISTRY )<br>    Respondent       )<br>                           ) | Case No. 16-50001<br><br><br>Chapter 11<br><br><br>MAY 10, 2016 |

**NOTICE OF CONTESTED MATTER RESPONSE DATE**

Stoneham Milford, LLC (the "Movant") has filed a Motion for Extension of Time (the "Contested Matter") with the U. S. Bankruptcy Court. Notice is hereby given that any Response to the Contested Matter must be filed with the Court no later than May 27, 2016\*. In the absence of a timely filed response, the proposed order in the Contested Mater **may** enter without further

notice and hearing, see, 11 U.S.C. section 102(1).

                Stoneham Milford, LLC, Movant

                BY____/s/ Paul Lewis Otzel_____
                PAUL LEWIS OTZEL, ESQ.
                KAPUSTA, OTZEL & AVERAIMO
                250 Broad Street, Milford, CT  06460
                203-874-6773 (telephone)
                203-874-5765 (fax)
                staff@milfordlegal.com (e-mail)
                Fed Bar No. ct12009
                Its Attorney

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## AT BRIDGEPORT

In Re:  Walter Kostrzewski d/b/a
       Comfortable Care Dentistry, Debtor

| | |
|---|---|
| STONEHAM MILFORD, LLC ) <br> Movant ) <br> ) <br> VS. ) <br> ) <br> WALTER KOSTRZEWSKI D/B/A ) <br> CONFORTABLE CARE DENTRISTRY ) <br> Respondent ) <br> ) | Case No. 16-50001 <br><br> Chapter 11 <br><br> MAY 10, 2016 |

## AMENDED
## MOTION FOR EXTENSION OF TIME

    The Movant, STONEHAM MILFORD, LLC, hereby requests an extension of time to **June 1, 2016** in which to file the Stipulated Order. All necessary parties require more time to complete the terms of the stipulation that include verification of the fixture list.

                            Stoneham Milford, LLC, Movant

                            BY____/s/ Paul Lewis Otzel_____
                            PAUL LEWIS OTZEL, ESQ.
                            KAPUSTA, OTZEL & AVERAIMO
                            250 Broad Street, Milford, CT  06460
                            203-874-6773 (telephone)
                            203-874-5765 (fax)
                            staff@milfordlegal.com (e-mail)
                            Fed Bar No. ct12009
                            Its Attorney

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## AT BRIDGEPORT

In Re: Walter Kostrzewski d/b/a
Comfortable Care Dentistry, Debtor

| | |
|---|---|
| STONEHAM MILFORD, LLC )<br>　　Movant　　　　　　　　　) | Case No. 16-50001 |
| )<br>VS.　　　　　　　　　　　　　　) | |
| )<br>WALTER KOSTRZEWSKI D/B/A　) <br>CONFORTABLE CARE DENTRISTRY )<br>　　Respondent　　　　　　　) <br>　　　　　　　　　　　　　　　) | Chapter 11 |

## **PROPOSED ORDER**

The Court, after due review upon the request of Stoneham Milford, LLC, hereby ORDERS that this Motion for Extension of time to file the stipulated order is SUSTAINED/OVERRULED, and ordered accordingly.

BY THE COURT

_____

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**AT BRIDGEPORT**

In Re:  Walter Kostrzewski d/b/a
       Comfortable Care Dentistry, Debtor

|  |  |
|---|---|
| STONEHAM MILFORD, LLC ) | Case No. 16-50001 |
| Movant ) |  |
| ) |  |
| VS. ) |  |
| ) | Chapter 11 |
| WALTER KOSTRZEWSKI D/B/A ) |  |
| CONFORTABLE CARE DENTRISTRY ) |  |
| Respondent ) |  |
| ) | MAY 10, 2016 |

## **CERTIFICATION**

The undersigned Movant, pursuant to Bankruptcy Rule 7004, hereby certifies that on the 10th day of May, 2016, I served said Motion for Extension of Time, by first class mail, postage prepaid, to all parties on the attached matrix.

Movant, Stoneham Milford, LLC

BY    /s/ Paul Lewis Otzel
       PAUL LEWIS OTZEL, ESQ.
       KAPUSTA, OTZEL & AVERAIMO
       250 Broad Street
       Milford, CT  06460
       203-874-6773 (telephone)
       203-874-5765 (fax)
       staff@milfordlegal.com (e-mail)
       Fed Bar No. ct12009
       Its Attorney

Matrix:

Attn: Manager
Cain Watters & Associates, PLLC
6900 N. Dallas Parkway, Suite 500
Plano, TX  75024-4262

Attn: Bankruptcy Unit
Connecticut Department of Revenue Services
C & E Division
25 Sigourney Street
Hartford, CT  06106-5003

Attn: Tax Collector
City of Milford
70 West River Street
Milford, CT  06460

Attn: Attorney for
USAA Federal Savings Bank
c/o Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA  98121-3132

Attn: Manager
Aeto All Gas
3150 Main Street
Hartford, CT  06120-1494

Attn: Manager
AETNA
P. O. Box 44129
Jacksonville, FL  32231-4129

Attn: Clerk
Bridgeport Bankruptcy Court
915 Lafayette Boulevard
Bridgeport, CT  06604-4706

Attn: Manager
Allen Maxwell & Silver
190 Slyvan Avenue
Englewood Cliffs, NJ  07632-2533

Attn: Manager
Allied Communication, LLC
88 Farwell Street
Wst Haven, CT  06516-1717

Attn: Manager
Ally Bank
P. O. Box 380902
Bloomington, MN  55438-0902

Attn: Manager
Ally Financial
P. O. Box 130424
Roseville, MN  55113-0004

Attn: Secretary of the Corporation
American Adjustment Bureau, Inc.
73 Field Street
P. O. Box 2758
Waterbury, CT  06723-2758

Attn: Secretary of the Corporation
American Financial Services, Inc.
442 SW Umatilla Avenue, Suite 200
Redmond, OR  97756-7039

Attn: Manager
American Medical Response
58 Middletown Avenue
New Haven, CT  06513-4839

Attn: Manager
American Profit Recovery
34405 W. 12 Mile Road, Suite 379
Farmington Hills, MI  48331-5608

Attn: Manager
Anthem Blue Cross
P. O. Box 73651
Cleveland, OH  44193-1177

Attn: Manager
Anthem Blue Cross Blue Shield
P. O. Box 1168
Newark, NJ  07101-1168

Attn: Manager
Anthem Blue Cross Blue Shield
P. O. Box 751
North Haven, CT  06473-0751

Attn: Manager
Bank of America
P. O. Box 982238
El Paso, TX  79998-2238

Attn: Manager
Bank of America UPromise Card
Bank of America
P. O. Box 15019
Wilmington, DE  19886-5019

Attn: Manager
Brennan & Clark LTD.
721 E. Madison, Suite 200
Villa Park, IL  60181-3083

Attn: Manager
Bridgeport Anesthesia
P. O. Box 4640
Rutherford, NJ  07070-0464

Attn: Manager
Bridgeport Anesthesia
P. O. Box 454
Brattleboro, VT  05302-0454

Bruce E. Bergman, Esq.
63 Imlay Street
Hartford, CT  06105-3648

Attn: Secretary of the Corporation
C. Tech Collections, Inc.
P. O. Box 402
Mt. Sinai, NY  11766-0402

Attn: Manager
CBCS
P. O. Box 2724
Columbus, OH  43216-2724

Attn: Manager
CSC Leasing Company
6806 Paragon Place, #170
Richmond, VA  23230-1829

Attn: Manager
Capital One Bank (USA), NA
P. O. Box 71083
Charlotte, NC  28272-1083

Attn: Manager
Chase Visa
Card Member Services
P. O. Box 15298
Wilmington, DE  19850-5298

Attn: Manager
Citrin Cooperman
529 5th Avenue, 2nd Floor
New York, NY  10017-4667

Attn: Tax Collector
City of Milford
110 West River Street
Milford, CT  06460-3421

Attn: Tax Collector
City of Milford
70 West River Street
Milford, CT  06460-3317

Attn: Manager
Cox Radio
3127 Whitney Avenue
Hamden, CT  06518-2344

Attn: Manager
Credence
604 Atlantic Boulevard, Suite 210
Norcross, GA 30071

Attn: Manager
Credit Information Bureau, Inc.
70 Jefferson Boulevard, 4th Floor
Warwick, RI 02888-1058

Attn: Manager
Crown Linen
1485 Palisado Avenue
Windsor, CT 06095-1418

Cynthia Marie Salemme-Riccio, Esq.
125 Maple Road
Easton, CT 06612-1035

Attn: Manager
Darien Police Department
25 Hecker Avenue
Darien, CT 06820-5398

Attn: Manager
Dart Dental Supply
105 Leeder Hill Drive
Hamden, CT 06517-2757

Attn: Secretary of the Corporation/Attorney
Denmat Holdings, Inc.
Allen Maxwell & Silver
190 Slyvan Avenue
Englewood Cliffs, NJ 07632-2533

Attn: Manager
Dental Works LLC
2317 Silas Deane Highway, Suite 4
Rocky Hill, CT 06067-2341

Attn: Manager
Dept. WRX
P. O. Box 727
Wilkes-Barre, PA 18703-0727

Attn: Dr. Alan Rissolo
Oral Surgeons Associates, PC
10 Mott Avenue
Norwalk, CT 06850-3320

Attn: Manager
East River Medical Anesthesiology
P. O. Box 27575
New York, NY 10087-7578

Attn: Manager of
East River Medical Associates, PC
c/o Secretary of the Corporation
C-Tech Collections, Inc.
5505 Nesconset Highway, Suite 200
Mt. Sinai, NY 11766-2026

Edwin P. Su, MD
The Hospital for Special Surgery
535 East 70th Street
New York, NY 10021-4898

Attn: Manager
Fontaine Alissi, PC
750 Main Street, Suite 1600
Hartford, CT 06103-2703

Attn: Manager
Frost-Arnett Company
P. O. Box 198988
Nashville, TN 37219-8988

Attn: Secretary of the Corporation
Gatestone
Gatestone & Co. International Inc.
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058

Attn: Manager
Graystone Partners, LLC
6443 SW Beaverton Hillsdale Highway, Suite 205
Portland, OR 97221-4230

Attn: Manager
Greenwich Water Club
49 River Road
Cos Cob, CT 06807-2725

Attn: Manager
HSS Cariology Group
P. O. Box 29238
New York, NY 10087-9238

Attn: Manager
HSS Radiologist
P. O. Box 5058
New York, NY 10087-5058

Attn: Manager
Hayes Handpiece of Connecticut
37 Sycamore Drive
Shelton, CT 06484-5232

Attn: Manager
Healthstar Dental Manufacturing
9 Sun Valley Court
Northport, NY 11768-2137

Howard Kantrovitz, Esq.
3127 Whitney Avenue
Hamden, CT 06518-2344

Attn: Manager/Managing Attorney
Hunt Leibert & Jacobson
50 Weston Street
Hartford, CT 06120-1506

Attn: Centralized Insolvency Operation
Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Attn: Jeff Slavett
Citrin Cooperman
529 Fifth Avenue
New York, NY 10017-4667

Attn: Jennifer L. Makadok
Jennifer L. Makadok, LCSW
999 Summer Street, #200
Stamford, CT 06905-5513

Attn: Jerome Pagter
Gregory T. Lattanzi, LLC
45 Court Street, Suite 1
New Haven, CT 06511-6962

Attn: John Sims
Burt and Associates
4100 Midway Road, Suite 2115
Carrollton, TX 75007-1965

Joseph Lucian Gerardi
1074 Hope Street
Stamford, CT 06907-2113

Judith Jalbert Kostrezewski
137 Hollow Tree Ridge Road, Apt. 303
Darien, CT 06820-4056

Judith Jalbert Kostrezewski
137 Hollow Tree Ridge Road, Apt. 103
Darien, CT 06820-4056

Attn: Attorney/Secretary of the Corporation
Keller Laboratories, Inc.
c/o Ignal Napolitano & Shapiro PC
350 Fairfield Avenue
P. O. Box 9177
Bridgeport, CT 06601-9177

Kevin J. Curseadan, Esq.
Carroll, Curseaden & Moore, LLC
P. O. Box 31
Milford, CT 06460-0031

Lawrence P. Nadel, Esq.
261 Bradley Street
New Haven, CT 06510-1109

Attn: Manager
MB/ROI
85 Prescott Street, Suite 402
Worcester, MA  01605-2653

Martin Nydick, MD
Hospital for Special Surgery
535 East 70th Street
New York, NY  10021-4898

Attn: Manager
Maverick Dental Laboratories, LLC
1615 Golden Hile Highway
Monroeville, PA  15146-2009

Attn: Manager
Michael C. Allen & Co. CPA
1983 Marcus Avenue, Suite 137
Lake Success, NY  11042-2013

Michael Henry, MD
30 Montgomery Street, Suite 720
Jersey City, NJ  07302-3834

Attn: Manager
Mr. Handyman of Upper Fairfield County
2480 Black Rock Turnpike
Fairfield, CT  06825-2406

Attn: Secretary of the Corporation
NCB Management Services, Inc.
P. O. Box 1099
Langhorne, PA  19047-6099

Attn: Manager
National Target Mailing, LLC
1507 Capital Avenue, #103
Plano, TX  75074-8180

Attn: Manager
Norwalk Hospital
24 Stevens Street
Norwalk, CT  06850-3894

Attn: Manager
Norwalk Hospital
34 Maple Street
Norwalk, CT 06850-3894

Attn: Secretary of the Corporation
OraPharma, Inc.
P. O. Box 11407
Birmingham, AL 35257-0908

Attn: Manager
PHH
Mortgage Service Center
P. O. Box 5452
Mt. Laurel, NJ 08054-5452

Attn: Manager
Peter-Pali-Masonry-Landscapes
1074 Hope Street
Stamford, CT 06907-2116

Attn: Manager
Petro Oil
P. O. Box 28335
Newark, NJ 07101-3116

R. Carl Mueller
999 Summer Street, Suite 200
Stamford, CT 06905-5513

Attn: Manager
RMS
4836 Brecksville Road
P. O. Box 523
Richfield, OH 44286-0523

Attn: Manager
RMS
P. O. Box 3100
Naperville, IL 60566-7100

Attn: Manager
Radio 104.1
P. O. Box 755
Glastonbury, CT 06033-0755

Attn: Manager
SMB Networks LLC
451 State Street
North Haven, CT 06473-3070

Attn: Manager
Slater, Esq.
P. O. Box 8500
Philadelphia, PA 19178-2431

Attn: Manager
Stamford Health Integrated Practices
P. O. Box 120004
Stamford, CT 06912-0004

Attn: Manager
Stamford Hospital
30 Shelburne Road
P. O. Box 9317
Stamford, CT 06904-9317

Attn: Maria A. Santos
State of CT, Department of Revenue Services
Office of the Attorney General
55 Elm Street
Hartford, CT 06106-1752

Attn: Manager
Stoneham Properties
32 Union Square East, Suite 100
New York, NY 10003-3209

Attn: Manager
The United Illuminating Company
P. O. Box 9230
Chelsea, MA 02150-9230

Attn: Tax Collector
Town of Darien
2 Renshaw Road
Darien, CT 06820-5344

Attn: Manager
Trans-Continental
P. O. Box 5055
White Plains, NY 10602-5055

Attn: Manager
Tri-City Heating and Cooling
20 Furniture Row
Milford, CT 06460-3607

Attn: Manager
Trident Dental Laboratories
12000 Aviation Boulevard
Hawthorne, CA 90250-3438

Attn: U. S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510-2022

Attn: Holley L. Claiborn
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510-2022

Attn: Attorney/Manager
U. S. Bank as Trustee for CitiGroup
c/o Hunt Leibert Jacobson
50 Weston Street
Hartford, CT 06120-1504

Attn: Manager
USAA Federal Savings Bank
10750 McDermitt Freeway
San Antonio, TX 78288-9876

Attn: J. Piergrossi
United Illuminating
100 Marsh Hill Road
Orange, CT 06477-3628

Attn: Alex Brockway
USAA Federal Savings Bank
c/o Weinstein & Riley PS
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

Attn: Secretary of the Corporation
Utah Valley Dental Lab, Inc.
36 South 300 East
Provo, UT 84606-3201

Attn: Secretary of the Corporation
West Coast Servicing, Inc. Trust
17011 Beach Boulevard, Suite 300
Huntington Beach, CA 92647-5950

Attn: Manager
Wilton Surgery Center
195 Danbury Road, B100
Wilton, CT 06897-6012

Attn: Mark Henderson, Esq.
Wofsey, Rosen Kweskin & Kuriansky LLP
600 Summer Street
Stamford, CT 06901-1490

Attn: Secretary of the Corporation
Yellowbook, Inc.
2201 Renaissance Boulevard
King of Prussia, PA 19406-2707

Scott M. Charmoy, Esq.
Charmoy & Charmoy
1700 Post Road, Suite C-9
P. O. Box 804
Fairfield, CT 06824-0804

Walter Kostrzewski
7 Revere Road
Darien, CT 06820-3324

Attn: Manager
State of CT, Department of Revenue Services
25 Sigourney Street, Suite 2
Hartford, CT 06106

Attn: Manager
Bank of America
P. O. Box 982235
El Paso, TX 79998-2235

Attn: Manager
Department of Revenue Services
C & E Division
25 Sigourney Street
Hartford, CT 06106

Attn: Manager
IRS
P. O. ox 21126
Philadelphia, PA 19114

Attn: Manager/Attorney
USAA Federal Savings Bank
c/o Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

Walter Kostrzewski d/b/a
Comfortable Care Dentistry
DEBTOR
2221 E. Main Street, Apt. 4M
Waterbury, CT 06705-2617