# United States Bankruptcy Court
## District of Connecticut



Filed & Entered
On Docket
May 26, 2016

In re:
    Walter Kostrzewski
                      Debtor*

Case Number: 16–50001 cec
Chapter: 11

### ORDER DENYING MOTION/APPLICATION FOR FAILURE TO COMPLY WITH CONTESTED MATTER PROCEDURE

    Paul Otzel (the "Movant") having filed a/an Motion to Extend Time to file stipulated order , ECF No. 107, not in compliance with this court's contested matter procedure in effect as of November 9, 2015,

    It is hereby ORDERED, that the Motion to Extend Time to file stipulated order is DENIED for the following reason(s):

☐ Contested Matter Procedure Not Followed
☒ Deficient Certificate of Service (Not in compliance with Bankruptcy Rule 7004)
☐ Deficient Response Deadline
☐ Motion/Application Not in Compliance with Local Bankruptcy Rule 9013 and Bankruptcy Rule 7010

Failure to serve Notice of Contested Matter Response Date and proposed order.

Dated: May 26, 2016

BY THE COURT

Carla E. Craig
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 144 – sds

*For the purposes of this order, "Debtor" means "Debtors" where applicable.