UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
AT BRIDGEPORT

In Re:  Walter Kostrzewski d/b/a
Comfortable Care Dentistry, Debtor

| | |
|---|---|
| STONEHAM MILFORD, LLC <br> Movant <br><br> VS. <br><br> WALTER KOSTRZEWSKI D/B/A <br> CONFORTABLE CARE DENTRISTRY <br> Respondent | Case No. 16-50001 <br><br><br> Chapter 11 |

### AFFIDAVIT OF DEBT

STATE OF NEW YORK

COUNTY OF _____

I, Eric Searcy, being duly sworn according to law, depose and say:

1. I am authorized to sign this affidavit as the Accounts Receivable Manager of Stonemar Realty Management, LLC that maintains the accounting records of STONEHAM MILFORD, LLC (STONEHAM).

2. Stonemar Realty Management, LLC maintains records for the lease agreement that is the subject of this action. As part of my job responsibilities for Stonemar Realty

PURSUANT TO FEDERAL LAW, THIS LAW FIRM IS A DEBT COLLECTOR. PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT THE DEBT AGAINST YOU PERSONALLY, BUT IS NOTICE OF A POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY.

Management, LLC, I am familiar with the types of records Stonemar Realty Management, LLC, maintains on behalf of STONEHAM in connection with the lease agreement.

3. I have personal knowledge of the facts in this affidavit based upon a review of STONEHAM's business records, and the information in this affidavit is taken from STONEHAM's business records. I have personal knowledge of Stonemar Realty Management, LLC's procedures for creating the records maintained by Stonemar Realty Management, LLC on behalf of STONEHAM in connection with the lease. They are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) made and kept in the usual and ordinary course of Stonemar Realty Management, LLC and STONEHAM's regularly conducted business activities; and (c) created by Stonemar Realty Management, LLC and/or STONEHAM as regular practice.

4. I have reviewed the portion of STONEHAM's business records that reflect the amounts due under the lease. They show Walter Kostrzewski d/b/a Comfort Dental defaulted, and the business records show amounts due pursuant to the Lease through September 16, 2016 are due and unpaid. The amounts total $236,290.13 exclusive of attorney's fees and costs.

5. It is requested that this court take judicial notice that there are no setoffs or counterclaims applicable to this debt.

NOTARIZED SIGNATURE PAGE IMMEDIATELY FOLLOWING

PURSUANT TO FEDERAL LAW, THIS LAW FIRM IS A DEBT COLLECTOR. PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT THE DEBT AGAINST YOU PERSONALLY, BUT IS NOTICE OF A POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY.

_____
Printed Name: Eric Searcy
Title: Accounts Receivable Manager
Date: 9/23/16

Sworn to and subscribed before me on the 23ᴿᴰ day of SEPTEMBER, 2016 by

ERIC SEARCY.

(NOTARY SEAL)         _____
                      Signature of Notary Public

WYKEITHIA SMALLS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SM6335153
Qualified In New York County
My Commission Expires 01-04-2020

PURSUANT TO FEDERAL LAW, THIS LAW FIRM IS A DEBT COLLECTOR. PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT THE DEBT AGAINST YOU PERSONALLY, BUT IS NOTICE OF A POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY.