# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
November 1, 2016

In re:

    Walter Kostrzewski

Debtor*

Case Number: 16–50001 jam
Chapter: 11

Stoneham Milford, LLC
Movant(s)

v.

Walter Kostrzewski , Debtor(s)

Respondent(s)

### Order Granting Relief from Stay

Stoneham Milford, LLC (the "Movant") filed a Motion for Relief from Stay (the "Motion"), ECF No. 162. After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, and it appearing that the relief sought in the Motion should be granted, it is hereby

ORDERED, that the automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C § 362(d)(1) to permit the Movant and/or their succesors and assignees, to exercise their rights, if any, with respect to real property known as 203 Cherry Street, Space 4, Milford Plaza Shopping Center, Milford, CT, in accordance with applicable non–bankruptcy law.

Dated: November 1, 2016

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 – sr

*For the purposes of this order, "Debtor" means "Debtors" where applicable.