**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

In re:                                                                               **Chapter 11**

**WALTER KOSTRZEWSKI,**                                          **Case No. 16-50001 (JAM)**

   Debtor.

---

**ORDER DISMISSING DEBTOR'S CASE WITH PREJUDICE**

A hearing was held on February 1, 2017, on the Court's Order to Appear and Show Cause Why the Case Should not be Dismissed pursuant to 11 U.S.C. § 1112 (the "OTSC") (ECF No. 217). Walter Kostrzewski (the "Debtor"), counsel for the Debtor, and counsel for the United States Trustee appeared at the February 1, 2017 hearing. The parties reported to the Court that they reached an agreement regarding the dismissal of the case. The agreement provides that the Debtor's case shall be dismissed with prejudice, and there shall be a bar against refiling a Chapter 11 case for 180 days from the date of the entry of this Order, and 90 days from the date of the entry of this Order for a filing in a case under any other Chapter of the Bankruptcy Code. After review of the record in this case, and upon consideration of the arguments of the parties, the Court has concluded that cause exists to dismiss the Debtor's case pursuant to 11 U.S.C. § 1112(b)(4)(A), (J) and (P). Accordingly, it is hereby

   **ORDERED:** The Debtor's chapter 11 case is **DISMISSED**; and it is further

   **ORDERED:** The Debtor may not file a case under any chapter of Title 11 of the United States Code at any time during the 90-day period following the entry of this Order; and it is further

   **ORDERED:** The Debtor may not file a Chapter 11 case at any time during the 180-day period following the entry of this Order.

DATED:  February 15, 2017

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut